IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SCOTT RAY EMERSON,** | CV-F-04-5088 AWI DLB HC |
| Petitioner, | **ORDER GRANTING REQUEST FOR ENLARGEMENT OF TIME** |
| v. | |
| **JAMES A. YATES, Warden,** | |
| Respondent. | |

GOOD CAUSE appearing, IT IS HEREBY ORDERED THAT Respondent's Answer to the Petition for Writ of Habeas Corpus be filed on or before July 5, 2005.

IT IS SO ORDERED.

**Dated:   June 6, 2005**           /s/ Dennis L. Beck
ah0l4d                                    UNITED STATES MAGISTRATE JUDGE