# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT RAY EMERSON, | CASE NO. CV-F-04-5088 AWI DLB HC |
|       Petitioner, | ORDER GRANTING RESPONDENT'S SECOND REQUEST FOR EXTENSION OF TIME TO FILE ANSWER |
|   vs. | |
| JAMES A. YATES, Warden, | [Doc. 25] |
|       Respondent. | |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Now pending before the Court is Respondent's second request for an extension of time to submit an answer to the petition. Good cause having been demonstrated, Respondent's request is GRANTED, and an answer to the petition shall be filed on or before August 4, 2005.

IT IS SO ORDERED.

**Dated:   July 21, 2005**               **/s/ Dennis L. Beck**
ah0l4d                                             UNITED STATES MAGISTRATE JUDGE

1