IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT RAY EMERSON, | CASE NO. CV-F-04-5088 AWI DLB HC |
| Petitioner, | ORDER GRANTING PETITIONER'S REQUEST FOR EXTENSION OF TIME TO FILE TRAVERSE |
| vs. | |
| JAMES A. YATES, Warden, | [Doc. 30] |
| Respondent. | |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Pending before the Court is Petitioner's request for an extension of time to file his traverse. Pursuant to the parties stipulation filed August 26, 2005, Petitioner's request is GRANTED, and a traverse shall be filed on or before October 2, 2005.

IT IS SO ORDERED.

Dated:   **August 29, 2005**          **/s/ Dennis L. Beck**
ah0l4d                                UNITED STATES MAGISTRATE JUDGE

1