# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT RAY EMERSON, | CV F   04-5088 AWI DLB HC |
| Petitioner, | ORDER DIRECTING RESPONDENT TO SUBMIT COPY OF DOCUMENT |
| v. | |
| JAMES A. YATES, Warden, | |
| Respondent. | |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner is represented by Christopher Roman Rector, Esq.

This case is ready for review on the merits, as Respondent filed an answer to the petition on August 4, 2005, and Petitioner filed a traverse on September 12, 2005.

In reviewing Respondent's answer, Respondent references the November 5, 2001, denial of the state petition for writ of habeas corpus issued by the Merced County Superior Court, and cites to Exhibit I, of the Petition.  However, the Court's copy of Petitioner's petition does not contain an Exhibit I, and the Court does not have a copy of the November 5, 2001, denial by the Merced County Superior Court.

Accordingly, within **five (5)** court days from the date of service of this order, Respondent shall submit a copy of the November 5, 2001, order.

IT IS SO ORDERED.

Dated:   **November 3, 2006**                    **/s/ Dennis L. Beck**
ah0l4d                                                     UNITED STATES MAGISTRATE JUDGE

1