UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT RAY EMERSON,<br><br>    Plaintiff,<br><br>v.<br><br>GAIL LEWIS,<br><br>    Defendants. | 1:04-CV-5088 AWI DLB HC<br><br>ORDER VACATING FEBRUARY 12, 2007 ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO PETITIONER, SCOTT RAY EMERSON, CDC #P-22370<br><br>(DOCUMENT #41) |

On February 12, 2007, the Court issued an Order and Writ of Habeas Corpus ad Testificandum for the Warden of Folsom State Prison to produce California prisoner Scott Ray Emerson CDC #P-22370, in this Court on March 8, 2007, to testify at a hearing in this action.

On February 20, 2007, a Minute Order was entered re-setting the Evidentiary Hearing of March 8, 2007, to May 10, 2007, at 10:00 A.M., in Courtroom 9, before Magistrate Judge Dennis L. Beck.

Accordingly, due to the Court's Minute Order, IT IS ORDERED that the Court's Order and Writ of Habeas Corpus ad Testificandum issued on February 12, 2007, commanding the production of inmate Scott Ray Emerson, IS VACATED.

IT IS SO ORDERED.

Dated: **February 21, 2007**          **/s/ Dennis L. Beck**
23ehd0                                                     UNITED STATES MAGISTRATE JUDGE

1