IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SCOTT RAY EMERSON,**<br><br>                              Petitioner,<br><br>    v.<br><br>**JAMES YATES, Warden,**<br><br>                              Respondent. | 1:04-CV-05088 AWI DLB HC<br><br>**ORDER ON RESPONDENT'S REQUEST TO CONTINUE EVIDENTIARY HEARING** |

GOOD CAUSE appearing therefore, it is hereby ordered that the Evidentiary Hearing previously set for May 10, 2007 be continued to July 25, 2007, at 10:00 a.m. in courtroom 9.

IT IS SO ORDERED.

    Dated:   **March 27, 2007**                        **/s/ Dennis L. Beck**
23ehd0                                      UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER ON RESPONDENT'S REQUEST TO CONTINUE EVIDENTIARY HEARING
1