# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT RAY EMERSON,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>JAMES A. YATES, Warden,<br><br>　　　　　Respondent.　　　　　／ | CV F   04-5088 AWI DLB HC<br><br>ORDER SETTING BRIEFING SCHEDULE<br>FOLLOWING EVIDENTIARY HEARING |

　　　　Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner is represented by Victor Haltom, Esq.

　　　　On July 25, 2007, the Court conducted an evidentiary hearing regarding Petitioner's claim that counsel was ineffective for failing to file a motion to suppress the evidence obtained as a result of the blood test.

　　　　Following the presentation of the evidence, the parties requested the opportunity to submit further briefing.  A copy of the transcript shall be available approximately four weeks from the date of the hearing.  Petitioner's brief is due within three weeks from the date the transcript is prepared, and Respondent's brief is due within three weeks from the date Petitioner's brief is filed.

　　　　IT IS SO ORDERED.

　　Dated: __July 30, 2007__　　　　　　　　　__/s/ Dennis L. Beck__
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE