THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT RAY EMERSON,<br><br>　　　　Petitioner,<br><br>v.<br><br>JAMES YATES, Warden,<br><br>　　　　Respondent.<br>_____/ | 1:04-cv-05088 AWI DLB (HC)<br><br>ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS<br><br>New Deadline: <u>December 31, 2007</u><br><br>(Document #57) |

　　　GOOD CAUSE APPEARING,

　　　IT IS HEREBY ORDERED that Petitioner's application for an enlargement of time until December 31, 2007, is granted. On or before December 31, 2007, petitioner shall file objections to the magistrate judge's findings and recommendations.

IT IS SO ORDERED.

　　　**Dated:　December 18, 2007**　　　　　　　**/s/ Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE